■ In the Matter of ELIZABETH MARIE BARNSON KARNAZES, a Disbarred Attorney. [18 NYS3d 898]—

Per Curiam. Elizabeth Marie Barnson Karnazes was admitted to practice by this Court in 1981. Karnazes was subsequently admitted in California in 1985, where she most recently maintained an office for the practice of law.

By order dated May 14, 2014, the Supreme Court of California disbarred Karnazes upon the recommendation of the State Bar Court of California (*Matter of Karnazes*, 2014 WL 232500, 2014 Calif Op LEXIS 2 [Cal Bar Ct 2014]). By order entered May 7, 2015, this Court disbarred Karnazes as a result of the discipline imposed in California (128 AD3d 1169 [2015]).* Karnazes now moves for, among other relief, reconsideration of this Court's order of disbarment. The Committee on Professional Standards opposes the motion.

Upon review of the papers filed in support of the motion, we conclude that Karnazes has failed to present any newly discovered evidence or to demonstrate that this Court "overlooked or misapprehended the relevant facts, or misapplied

---

* It is noted that this Court has previously censured Karnazes (76 AD3d 1138 [2010]).

any controlling principle of law" (*Foley v Roche*, 68 AD2d 558, 567 [1979]; *see* CPLR 2221 [d] [2]; [e] [2]; *Adderley v State of New York*, 35 AD3d 1043, 1043-1044 [2006]). Nor has Karnazes demonstrated an entitlement to any other requested relief, including her request for a stay of this Court's disbarment order. Accordingly, her motion is denied in all respects.

McCarthy, J.P., Egan Jr., Rose, Devine and Clark, JJ., concur. Ordered that the motion of Elizabeth Marie Barnson Karnazes is denied.